1  H. Paul Breslin (Bar No. 042486)
   ARCHER NORRIS
2  A Professional Law Corporation
   2033 North Main Street, Suite 800
3  P.O. Box 8035
   Walnut Creek, CA  94596
4  Telephone: (925) 930-6600
   Facsimile: (925) 930-6620
5  pbreslin@archernorris.com

6  Limor Lehavi (Bar No. 189054)
   ARCHER NORRIS
7  A Professional Law Corporation
   4100 Newport Place Drive, Suite 230
8  Newport Beach, CA 92660
   Telephone: (949) 975-8200
9  Facsimile: (949) 975 –8210
   llehavi@archernorris.com
10
   Attorneys for Plaintiff,
11 FEDERAL INSURANCE COMPANY

12 George J. Barron (Bar No. 53117)
   Andrew S. MacKay (Bar No. 197074)
13 DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
14 300 Lakeside Drive, Suite 1900
   Oakland, CA 94612-3570
15 Telephone: (510) 451-0544
   Facsimile: (510) 832-1486
16 george@donaue.com

17 Attorneys for Defendant, ALBERTSON'S LLC, successor to
   ALBERTSON'S, INC. and
18 AMERICAN STORES COMPANY

19                    UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21 FEDERAL INSURANCE COMPANY,          No. C06-04000 MHP

22               Plaintiff,            **STIPULATION REGARDING DISMISSAL
                                       OF CERTAIN CLAIMS AND DEFENSES**
23       v.
                                       Judge:  Honorable Marilyn H. Patel
24 ALBERTSON'S, INC.; AMERICAN
   STORES COMPANY; AND DOES 1
25 through 50, inclusive,

26               Defendants.

27

28
   CH276/542838-1                                        (No. C06-0400 MHP)

1    The parties have reached a stipulation regarding the dismissal of certain claims and

2    defenses in this action, as follows:

3          1)     Plaintiff Federal Insurance Company ("Federal") hereby dismisses, with prejudice,

4    its Second Claim for Relief in this action, entitled "Equitable Subrogation" only.

5          2)     Defendant Albertson's LLC, successor to Albertson's, Inc. and American Stores

6    Company, hereby dismisses, with prejudice, its defense that the assignment of rights from Dean

7    Foods Company ("Dean") to Federal is barred by Section 10.5 of the Facilitation Agreement

8    entered into between Dean and America Stores Company on January 30, 1998 and attached as

9    Exhibit C to the Complaint in this action. Defendants will not contest the validity of the

10   assignment from Dean to Federal in this action. Paragraphs 15 and 16 of Defendants' Answer in

11   this matter are hereby amended accordingly.

12         3)     Defendant Albertson's LLC, successor to Albertson's, Inc. and American Stores

13   Company, hereby dismisses, with prejudice, its defense that Section 8.6 of the Facilitation

14   Agreement entered into between Dean and America Stores Company on January 30, 1998 and

15   attached as Exhibit C to the Complaint in this action is applicable to this action, or that it bars or

16   limits Federal's claims in this action in any way.

17         4)     All other claims and defenses by all parties otherwise remain intact.

18

19   Dated: February 5, 2007                    ARCHER NORRIS

20

21                                              /s/ Limor Lehavi
                                                _____
22                                              H. Paul Breslin
                                                Limor Lehavi
23                                              Attorneys for Plaintiff
                                                FEDERAL INSURANCE COMPANY
24

25

26

27

28

CH276/542838-1                        -1-                        (No. C06-0400 MHP)

1    Dated: February 5, 2007                    DONAHUE GALLAGHER WOODS LLP

2

3                                               /s/ George J. Barron

4                                               George J. Barron
                                                Andrew S. MacKay
5                                               Attorneys for Defendants
                                                ALBERTSON'S LLC, successor to
6                                               ALBERTSON'S, INC. and AMERICAN STORES
                                                COMPANY
7

8    Dated: 2/6/07

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENSES

**PROOF OF SERVICE**

| | |
|---|---|
| **Name of Action:** | **FEDERAL INSURANCE COMPANY v. ALBERTSON'S INC. and AMERICAN STORES COMPANY** |
| **Case No.:** | **C06-04000 MHP)** |

I, Michelle Rogers, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 4100 Newport Place Drive, Suite 230, Newport Beach, CA 92660. On February 5, 2007, I caused the following document(s) to be served:

**STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENSES**

☐ by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, sent by UPS overnight delivery to be delivered to the recipient by 10:30 a.m. the following day.

☐ by placing a true copy of the document(s) listed above enclosed in a sealed envelope, with postage fully prepaid thereon, in the United States mail at Newport Beach, California addressed as set forth below.

☒ by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m. The transmission was reported as complete without error by a report issued by the transmitting facsimile machine. A true and correct copy of the transmission report is attached hereto.

☐ by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

☐ by electronically filing them with the court to be served on all parties, except mailed to the party as shown below.

George J. Barron
Andrew S. Mackay
Donahue Gallagher Woods
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, CA 94612-3570
(510) 451-0544/FAX (510) 832-1486
**Attorneys for ALBERTSON'S LLC, ALBERTSON'S, INC. and AMERICAN STORES COMPANY**

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2007, at Newport Beach, California.

_Michelle Rogers_
Michelle Rogers

CH276/501792-1

1

**PROOF OF SERVICE**

2    **Name of Action:**    **FEDERAL INSURANCE COMPANY v. ALBERTSON'S INC.
                              and AMERICAN STORES COMPANY**

3    **Case No.:**           **C06-04000 MHP)**

4          I, Michelle Rogers, declare that I am over the age of eighteen years, and not a party to this
     action or proceeding.  My business address is 4100 Newport Place Drive, Suite 230, Newport
5    Beach, CA  92660.  On February 5, 2007, I caused the following document(s) to be served:

6          **STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS AND
                                    DEFENSES**

7
     ☐    by placing a true copy of the document(s) listed above, enclosed in a sealed envelope,
8         addressed as set forth below, sent by UPS overnight delivery to be delivered to the
          recipient by 10:30 a.m. the following day.
9
     ☐    by placing a true copy of the document(s) listed above enclosed in a sealed envelope,
10        with postage fully prepaid thereon, in the United States mail at Newport Beach,
          California addressed as set forth below.
11
     ☒    by having a true copy of the document(s) listed above transmitted by facsimile to the
12        person(s) at the facsimile number(s) set forth below before 5:00 p.m.  The transmission
          was reported as complete without error by a report issued by the transmitting facsimile
13        machine.  A true and correct copy of the transmission report is attached hereto.

14   ☐    by having personally delivered a true copy of the document(s) listed above, enclosed in
          a sealed envelope, to the person(s) and at the address(es) set forth below.
15
     ☐    by electronically filing them with the court to be served on all parties, except mailed to
16        the party as shown below.

17        George J. Barron
          Andrew S. Mackay
18        Donahue Gallagher Woods
          Attorneys at Law
19        300 Lakeside Drive, Suite 1900
          Oakland, CA 94612-3570
20        (510) 451-0544/FAX (510) 832-1486
          **Attorneys for ALBERTSON'S LLC, ALBERTSON'S,**
21        **INC. and AMERICAN STORES COMPANY**

22        I declare under penalty of perjury that the foregoing is true and correct.  Executed on
          February 5, 2007, at Newport Beach, California.
23

24

25                                                    _____

26                                                         Michelle Rogers

27

28
     CH276/501792-1