| | |
|---|---|
| 1 | H. Paul Breslin (Bar No. 042486) |
|   | ARCHER NORRIS |
| 2 | A Professional Law Corporation |
|   | 2033 North Main Street, Suite 800 |
| 3 | P.O. Box 8035 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 930-6600 |
|   | Facsimile: (925) 930-6620 |
| 5 | pbreslin@archernorris.com |
| 6 | Limor Lehavi (Bar No. 189054) |
|   | ARCHER NORRIS |
| 7 | A Professional Law Corporation |
|   | 4100 Newport Place Drive, Suite 230 |
| 8 | Newport Beach, CA 92660 |
|   | Telephone: (949) 975-8200 |
| 9 | Facsimile: (949) 975-8210 |
|   | llehavi@archernorris.com |
| 10 | |
|   | Attorneys for Plaintiff, |
| 11 | FEDERAL INSURANCE COMPANY |
| 12 | George J. Barron (Bar No. 53117) |
|   | Andrew S. MacKay (Bar No. 197074) |
| 13 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 14 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, CA 94612-3570 |
| 15 | Telephone: (510) 451-0544 |
|   | Facsimile: (510) 832-1486 |
| 16 | george@donahue.com |
| 17 | Attorneys for Defendant, ALBERTSON'S LLC, successor to |
|   | ALBERTSON'S, INC. and |
| 18 | AMERICAN STORES COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | | No. C06-04000 MHP |
| Plaintiff, | | **STIPULATION REGARDING DISMISSAL OF CERTAIN PRAYERS FOR RELIEF** |
| v. | | |
| ALBERTSON'S, INC.; AMERICAN STORES COMPANY; AND DOES 1 through 50, inclusive, | | Judge: Honorable Marilyn H. Patel |
| Defendants. | | |

CH276/559929-1                                                                   (No. C06-0400 MHP)

1  The parties have reached a stipulation regarding the dismissal of certain prayers in this
2  action, as follows:

3  1) Plaintiff Federal Insurance Company ("Federal") hereby dismisses, with prejudice,
4  item d. of the prayer in its complaint in this action, which states: "Attorneys fees." Federal thus
5  dismisses with prejudice its prayer for attorney's fees incurred in pursuit of *this* action.

6  2) Defendant Albertson's LLC, successor to Albertson's, Inc. and American Stores
7  Company ("Albertson's"), hereby dismisses, with prejudice, item 3 of the prayer in Defendants'
8  answer which states: "That Defendants be awarded their attorneys' fees." Albertson's thus
9  dismisses with prejudice its prayer for attorneys fees incurred in defense of *this* action.

10  3) All other claims and defenses by all parties, except those claims specifically
11  previously dismissed otherwise remain intact, including, expressly, items a. and b. of Federal's
12  prayer for judgment, which seek reimbursement and indemnification of settlement monies and
13  defense costs incurred in defense and settlement of the Underlying Action (as opposed to this
14  action).

16  Dated: April 26, 2007            ARCHER NORRIS



/s/ Limor Lehavi
H. Paul Breslin
Limor Lehavi
Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

Dated: April 26, 2007            DONAHUE GALLAGHER WOODS LLP

/s/ George J. Barron
George J. Barron
Andrew S. MacKay
Attorneys for Defendants
ALBERTSON'S LLC, successor to
ALBERTSON'S, INC. and AMERICAN STORES
COMPANY