UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY

    Plaintiff,

v.

ALBERTSON'S INC. AND AMERICAN STORES COMPANY,

    Defendants.

No. C 06-04000 MHP

**MEMORANDUM & ORDER**
Re: Defendants' Motion for Leave to File a Motion for Reconsideration

    On June 23, 2006 plaintiff Federal Insurance Company ("Federal") filed this complaint against defendants Albertson's Inc. and American Stores Company ("ASC"), seeking contractual indemnification and equitable subrogation in connection with an agreement between the defendants and plaintiff's insured. The parties subsequently stipulated to the dismissal of Federal's cause of action for equitable subrogation. On May 16, 2007 the court issued an order denying defendants' motion for summary judgment and granting plaintiff's motion for summary judgment. Shortly thereafter, the United States Supreme Court issued its decision in Ledbetter v. Goodrich, 127 S.Ct. 2162 (2007). Defendants request leave to file a motion for reconsideration of the court's May 16, 2007 summary judgment order on the grounds that the Ledbetter decision announced new law regarding the applicability of statute of limitations in employment discrimination actions such as the instant one.

    Where the court's ruling has not resulted in a final judgment or order, reconsideration of the ruling may be sought under Rule 54(b) of the Federal Rules of Civil Procedure, which provides that any order which does not terminate the action is subject to revision at any time before the entry of

judgment. See Fed. R. Civ. P. 54(b). In the Northern District of California, no motion for reconsideration may be brought without leave of court. See Civ. L.R. 7-9(a). Reconsideration is appropriate if "the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multinomah County v. ACandS, Inc., 5 F.3d 1255, 1262–63 (9th Cir. 1993), cert. denied, 512 U.S. 1236 (1994).

Defendants have duly sought leave to file a motion for reconsideration, and the court is satisfied that adequate grounds exist for such a motion in light of Ledbetter. Therefore, the court grants defendants leave to file a motion for reconsideration. In their submissions, the parties should address why Ledbetter should apply in contexts other than pay discrimination.

CONCLUSION

Defendants' motion for leave to file a motion for reconsideration is GRANTED. The parties shall file simultaneous briefs, consistent with this order, of not more than fifteen pages. The briefs are to be filed within two weeks of the date on which this order is entered

IT IS SO ORDERED.

Dated: July 6, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California