UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY

        Plaintiff,

    v.

ALBERTSON'S INC. AND AMERICAN STORES COMPANY,

        Defendants.

No. C 06-04000 MHP

**MEMORANDUM & ORDER**
**Re: Defendants' Motion for Leave to Amend their Answer**

On June 23, 2006 plaintiff Federal Insurance Company ("Federal") filed this complaint against defendants Albertson's Inc. and American Stores Company ("ASC"), seeking contractual indemnification and equitable subrogation in connection with an agreement between the defendants and plaintiff's insured. The parties subsequently stipulated to the dismissal of Federal's cause of action for equitable subrogation. On May 16, 2007 the court issued an order denying defendants' motion for summary judgment and granting plaintiff's motion for summary judgment. Defendants now ask the court for leave to file an amended answer to include the defense of avoidable consequences.

1    The court DENIES the motion. A request to amend their answer after the court has heard the
2 parties' motions for summary judgment is improper and unduly prejudicial to plaintiff. Additionally,
3 defendants have failed to demonstrate that their delay in seeking leave to amend was justified.

6 IT IS SO ORDERED.

9 Dated:  8/1/07

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California