UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY,

        Plaintiff,

  v.

ALBERTSON'S, INC., AMERICAN STORES COMPANY, and DOES 1 through 50, inclusive,

        Defendants.

_____/

No. C 06-04000 MHP

**ORDER**
**Re: Pre-judgment interest**

    Having considered the parties' arguments and submissions regarding whether plaintiff is entitled to interest on any judgment amount that may be awarded against defendants in this action, the court enters the following order:

1. The amount of the settlement award that plaintiff was to pay was fixed and known as of May 2003 when the underlying employment litigation was settled amongst Federal Insurance, Dean Foods and the individual dairy employees.

2. Under the Facilitation Agreement signed by Albertson's and Dean Foods, Albertson's agreed to indemnify, defend and reimburse Dean Foods for any liability arising from employment of the dairy employees prior to March 1998, the closing date of the transfer of the dairy from Albertson's to Dean Foods.

1

3.  Federal Insurance is therefore entitled to interest on the percentage of the settlement amount allocated to Albertson's, with interest beginning to accrue on the date of the settlement agreement.

4.  In awarding an interest amount, the court will consider Albertson's refusal to contribute to the settlement even though Federal Insurance gave timely notice of the litigation upon its commencement in 2002, made repeated requests for Albertson's participation in the litigation and settlement discussions, and issued repeated demands for Albertson's contribution after settlement was reached.

5.  On the other hand, the court acknowledges that plaintiffs did not file the present action until June 2006, three years after the settlement agreement was executed.  The court will therefore consider any undue delay by Federal Insurance in bringing this action to compel Albertson's contribution to the settlement amount after it had become apparent that Albertson's would not otherwise willingly contribute.

IT IS SO ORDERED.

Dated:  October 18, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2