H. Paul Breslin (Bar No. 042486)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620
pbreslin@archernorris.com

Limor Lehavi (Bar No. 189054)
ARCHER NORRIS
A Professional Law Corporation
4695 MacArthur Court, Suite 350
Newport Beach, CA 92660
Telephone: (949) 975-8200
Facsimile: (949) 975-8210
llehavi@archernorris.com

Attorneys for Plaintiff
FEDERAL INSURANCE COMPANY

George J. Barron (Bar No. 53117)
Andrew S. MacKay (Bar No. 197074)
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, CA 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
george@donahue.com

Attorneys for Defendants
ALBERTSON'S LLC, successor to
ALBERTSON'S, INC. and AMERICAN
STORES COMPANY, ALBERTSON'S,
INC., and AMERICAN STORES
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S, INC., AMERICAN STORES COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C06-04000 MHP<br><br>**STIPULATION BY PARTIES AND [PROPOSED] ORDER FOR APPROVAL OF SUPERSEDEAS BOND** |

Plaintiff Federal Insurance Company ("Federal"), by and through its counsel H. Paul Breslin, Esq. and Limor Lehavi, Esq. of Archer Norris, a Professional Law Corporation, and Defendants Albertson's LLC, successor to Albertson's Inc. and American Stores Company, Albertson's Inc., and American Stores Company (collectively "Albertson's"), by and through their counsel George J. Barron, Esq. and Andrew S. MacKay, Esq. of Donahue Gallagher Woods LLP, hereby stipulate as follows:

Whereas the parties have stipulated on October 8, 2007 that Save Mart Supermarkets will be responsible for payment of any judgment in this matter against Albertson's,

Federal and Albertson's stipulate that a supersedeas bond in the amount of $1.65 million respecting the judgment herein, in the form attached hereto as Exhibit A, shall be sufficient for any appeal of this matter and hereby seek approval of the Court for such a bond. Federal stipulates to stay execution on the judgment in this matter in reliance on the attached bond.

Dated: February 19, 2008         DONAHUE GALLAGHER WOODS LLP


By: /s/
   Andrew S. MacKay
   Attorneys for Defendants
   ALBERTSON'S LLC, successor to
   ALBERTSON'S, INC. and AMERICAN STORES
   COMPANY, ALBERTSON'S, INC., and
   AMERICAN STORES COMPANY

Dated: February 19, 2008         ARCHER NORRIS


By: /s/
   Limor Lehavi
   Attorneys for Plaintiff
   FEDERAL INSURANCE COMPANY

IT IS HEREBY ORDERED that the supersedeas bond attached as Exhibit A is approved.

Dated: 2/22/2008                 _____
                                 Hon. Marilyn Hall Patel
                                 United States

IT IS SO ORDERED
Judge Marilyn H. Patel

-1-

# EXHIBIT A

Appeal Bond

Travelers Casualty and Surety Company of America
One Tower Square, Hartford, CT 06183

<u>**FEDERAL INSURANCE COMPANY**</u>
Plaintiff(s)

-against-

<u>**ALBERTSON'S, INC., AMERICAN STORES COMPANY, and DOES 1 through 50, inclusive,**</u>
Defendant(s)

Bond No. 105027239

Index or
Cause No. <u>**C06-04000 MHP**</u>

KNOW ALL MEN BY THESE PRESENTS, that we <u>**Save Mart Supermarkets**</u>, as Principal, and <u>**Travelers Casualty and Surety Company of America**</u>, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of <u>**California**</u>, as Surety, are held and firmly bound unto <u>**Federal Insurance Company**</u>, as Obligee, in the maximum penal sum of <u>**One Million Six Hundred Fifty Thousand**</u> Dollars ($1,650,000), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal will appeal to the <u>**Ninth Circuit Court of Appeals**</u> from a judgment entered on the <u>**8th**</u> day of <u>**February, 2008**</u>.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full force and effect.

PROVIDED HOWEVER, that the aggregate liability under this bond shall in no event exceed the penal sum named herein.

SIGNED, SEALED AND DATED this 13th day of February, 2008

By: _____
Save Mart Supermarkets, Principal

Travelers Casualty and Surety Company of America
By: _____
Donald Winn, Attorney-in-Fact

S-534/ (12-99)

EXHIBIT A

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Stanislaus_

On _Feb. 13, 2008_ before me, _Debra K Keeler_,
personally appeared _Ron Riesenbeck_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Debra K Keeler_

*(Notary Seal: DEBRA K. KEELER, Commission # 1708206, Notary Public - California, Stanislaus County, My Comm. Expires Dec 10, 2010)*

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document*

**Description of Attached Document**

Title or Type of Document: _Appeal Bond_

Document Date: _2/13/08_  Number of Pages: _1_

Signer(s) Other Than Named Above: _WINN Co. Insurance_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Ron Riesenbeck_
- ☐ Individual
- ☒ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer is Representing: _SaveMart Supermarkets_

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California  
County of San Benito

On 02/13/08 before me, Aida Dutra, _Here Insert Name and Title of the Officer_

personally appeared Donald Winn  
_Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
_Signature of Notary Public_

[Notary Seal: AIDA DUTRA, Commission # 1714482, Notary Public - California, San Benito County, My Comm. Expires Jan 6, 2011]

Place Notary Seal Above

─── OPTIONAL ───

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER  
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER  
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827