GEORGE J. BARRON, #53117
ANDREW S. MACKAY, # 197074
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
george@donahue.com

Attorneys for Defendants
ALBERTSON'S LLC, successor to
ALBERTSON'S, INC. and AMERICAN
STORES COMPANY, ALBERTSON'S,
INC., and AMERICAN STORES
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL INSURANCE COMPANY, | CASE NO. C06-04000 MHP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR NULLIFICATION OF SUPERSEDEAS BOND AND EXONERATION OF SURETY |
| v. | |
| ALBERTSON'S, INC., AMERICAN STORES COMPANY, and DOES 1 through 50, inclusive,, | |
| Defendants. | |

-1-

1    IT IS HEREBY ORDERED that the supersedeas bond, a copy of which is attached hereto
2  as Exhibit A, previously approved by this Court in the above-referenced case, is annulled and the
3  related surety is exonerated.

5  Dated: __11/14/2008_____    _____
                                                          United States ~~Clerk~~ Judge
                                                          *IT IS SO ORDERED*
                                                          *[signature]*
                                                          *Judge Marilyn H. Patel*

-1-

# EXHIBIT A

Travelers Casualty and Surety Company of America
One Tower Square, Hartford, CT 06183

**FEDERAL INSURANCE COMPANY**
Plaintiff(s)

-against-

**ALBERTSON'S, INC., AMERICAN STORES COMPANY, and DOES 1 through 50, inclusive,**
Defendant(s)

Bond No. 105027239

Index or
Cause No. C06-04000 MHP

KNOW ALL MEN BY THESE PRESENTS, that we **Save Mart Supermarkets**, as Principal, and **Travelers Casualty and Surety Company of America**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of **California**, as Surety, are held and firmly bound unto **Federal Insurance Company**, as Obligee, in the maximum penal sum of **One Million Six Hundred Fifty Thousand** Dollars ($1,650,000), lawful money of the United States of America, for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal will appeal to the **Ninth Circuit Court of Appeals** from a judgment entered on the **8th** day of **February, 2008**.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full force and effect.

PROVIDED HOWEVER, that the aggregate liability under this bond shall in no event exceed the penal sum named herein.

SIGNED, SEALED AND DATED this 13th day of February **2008**,

By: _____
Save Mart Supermarkets, Principal

Travelers Casualty and Surety Company of America
By: _____
Donald Winn, Attorney-in-Fact

S-534/ (12-99)

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Stanislaus

On Feb. 13, 2008 before me, Debra K Keeler,
*Here Insert Name and Title of the Officer*

personally appeared Ron Riesenbeck
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Debra K Keeler_
*Signature of Notary Public*

[Notary Seal: DEBRA K. KEELER, Commission # 1705206, Notary Public - California, Stanislaus County, My Comm. Expires Dec 10, 2010]

*Place Notary Seal Above*

---------- OPTIONAL ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: Appeal Bond

Document Date: 2/13/08                Number of Pages: 1

Signer(s) Other Than Named Above: WWW Co. Insurance

## Capacity(ies) Claimed by Signer(s)

Signer's Name: Ron Riesenbeck
- ☐ Individual
- ☒ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: SaveMart Supermarkets

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Benito_

On _02/13/08_ before me, _Aida Dutra_
<br>Date              Here Insert Name and Title of the Officer

personally appeared _Donald Winn_
<br>Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
<br>Signature of Notary Public

[Notary Seal: AIDA DUTRA, Commission # 1714482, Notary Public - California, San Benito County, My Comm. Expires Jan 6, 2011]

Place Notary Seal Above

---

**OPTIONAL**

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827